# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. HAMILTON,

Plaintiff,

v.

ADOLPH R.O. WRIGHT, *et al.*,

Defendants.

NO. 3:19-CV-1036

(JUDGE CAPUTO)

(MAGISTRATE JUDGE ARBUCKLE)

## ORDER

**NOW**, this 13th day of November, 2019, upon review of the Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 15) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 15) is **ADOPTED in part as stated herein**, and the motions to dismiss filed by Defendant State Farm Fire and Casualty Company (Doc. 9) and Defendant Adolph R.O. Wright (Doc. 10) are **GRANTED** for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

(2) The matter is **RECOMMITTED** to Magistrate Judge Arbuckle for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

---

[1] I decline to adopt the recommendation that the claims against Defendants State Farm and Wright be dismissed for failure to prosecute pursuant to *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984). Instead, the motions to dismiss are granted for failure to state a claim pursuant to Rule 12(b)(6).